IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01911-PSF-BNB

GREG ROBERTS,

    Plaintiff,

v.

ARCHDIOCESE OF DENVER, a corporation sole,

    Defendant.

## ORDER DENYING MOTION TO POSTPONE ORDER TO SHOW CAUSE

THIS MATTER is before the Court on defendant's Motion to Postpone its response to the show cause Order entered by this Court on October 11, 2005 (Dkt. # 8), directing the defendant to show cause no later than October 28, 2005, why this case should not be remanded to the Denver District Court for lack of federal question subject matter jurisdiction. The Motion to Postpone is DENIED for the following reasons.

The filing of a motion to consolidate this case with another case pending in this district court before another judge does not deprive this Court of jurisdiction to make rulings in this case, particularly rulings about whether or not this case can even proceed in federal court. D.C.COLO.LCivR 42.1 does not state otherwise. Moreover, while this Court has the obligation to defer a consolidation determination to the judge with the lowest numbered of the cases proposed to be consolidated, there is no

certainty that these cases will be consolidated.  The Court notes that the Motion to Consolidate is not unopposed.

Accordingly, the Motion to Postpone a response to the show cause Order (Dkt. # 8) is DENIED.

DATED:  October 20, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa, Judge
United States District Judge