# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 05-cv-01911-LTB-CBS

GREG ROBERTS,
          Plaintiff,

v.

ARCHDIOCESE OF DENVER, a corporation sole,
          Defendant.
_____

## ORDER
_____

Upon Motion to Stay or Extend Deadline to Respond to Order to Show Cause and Request for Expedited Relief (Doc 15 - filed October 28, 2005), it is

ORDERED that the Motion is GRANTED.  The Order to Show Cause is STAYED pending further order of this Court.

          BY THE COURT:

          s/Lewis T. Babcock
          Lewis T. Babcock, Chief Judge

DATED: October 28, 2005